# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:23−cv−01615

Thomas et al v. Joule Processing LLC et al **Count 5– Breach of contract of the Consulting Agreement electronically transferred to USDC ND/NY– Albany Division.**
Assigned to: Judge Keith P Ellison
Cause: 18:1836(b) Civil Action to Protect Trade Secrets

Date Filed: 05/02/2023
Jury Demand: Plaintiff
Nature of Suit: 880 Defend Trade Secrets Act (of 2016)
Jurisdiction: Federal Question

**Plaintiff**

**Jacob Thomas**     represented by     **Charles Vethan**
The Vethan Law Firm
820 Gessner Rd.
Ste. 1510
Houston, TX 77024
713−526−2222
Email: edocs@vethanlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J Turbo Engineering and Technology LLC**     represented by     **Charles Vethan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Joule Processing LLC**     represented by     **Marc Daniel Katz**
DLA Piper LLP
1900 North Pearl Street
Suite 2200
Dallas, TX 75201
(214) 743−4500
Fax: (214) 743−4545
Email: marc.katz@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Plug Power Inc.**     represented by     **Marc Daniel Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2023 | 1 | COMPLAINT against All Defendants (Filing fee $ 402 receipt number BTXSDC−29846481) filed by Jacob Thomas, J Turbo Engineering and Technology LLC. (Attachments: # 1 Civil Cover Sheet)(Vethan, Charles) (Entered: 05/02/2023) |

| | | |
|---|---|---|
| 05/02/2023 | Ï 2 | Request for Issuance of Summons as to All Defendants, filed. (Attachments: # 1 Request for Issuance of Summons, # 2 Request for Issuance of Summons)(Vethan, Charles) (Entered: 05/02/2023) |
| 05/02/2023 | Ï 3 | Supplemental EXHIBITS re: 1 Complaint by J Turbo Engineering and Technology LLC, Jacob Thomas, filed. (Attachments: # 1 Exhibit 001)(Vethan, Charles) (Entered: 05/02/2023) |
| 05/02/2023 | Ï 4 | Supplemental EXHIBITS re: 1 Complaint by J Turbo Engineering and Technology LLC, Jacob Thomas, filed.(Vethan, Charles) (Entered: 05/02/2023) |
| 05/02/2023 | Ï 5 | Supplemental EXHIBITS re: 1 Complaint by J Turbo Engineering and Technology LLC, Jacob Thomas, filed.(Vethan, Charles) (Entered: 05/02/2023) |
| 05/02/2023 | Ï 6 | Supplemental EXHIBITS re: 1 Complaint by J Turbo Engineering and Technology LLC, Jacob Thomas, filed.(Vethan, Charles) (Entered: 05/02/2023) |
| 05/02/2023 | Ï 7 | Supplemental EXHIBITS re: 1 Complaint by J Turbo Engineering and Technology LLC, Jacob Thomas, filed. (Attachments: # 1 Exhibit 007, # 2 Exhibit 008, # 3 Exhibit 009, # 4 Exhibit 010)(Vethan, Charles) (Entered: 05/02/2023) |
| 05/02/2023 | Ï 8 | Supplemental EXHIBITS re: 1 Complaint by J Turbo Engineering and Technology LLC, Jacob Thomas, filed. (Attachments: # 1 Exhibit 012)(Vethan, Charles) (Entered: 05/02/2023) |
| 05/02/2023 | Ï 9 | Supplemental EXHIBITS re: 1 Complaint by J Turbo Engineering and Technology LLC, Jacob Thomas, filed.(Vethan, Charles) (Entered: 05/02/2023) |
| 05/02/2023 | Ï 10 | Supplemental EXHIBITS re: 1 Complaint by J Turbo Engineering and Technology LLC, Jacob Thomas, filed.(Vethan, Charles) (Entered: 05/02/2023) |
| 05/02/2023 | Ï 11 | Supplemental EXHIBITS re: 1 Complaint by J Turbo Engineering and Technology LLC, Jacob Thomas, filed. (Attachments: # 1 Exhibit 017)(Vethan, Charles) (Entered: 05/02/2023) |
| 05/02/2023 | Ï 12 | Supplemental EXHIBITS re: 1 Complaint by J Turbo Engineering and Technology LLC, Jacob Thomas, filed.(Vethan, Charles) (Entered: 05/02/2023) |
| 05/02/2023 | Ï 13 | Supplemental EXHIBITS re: 1 Complaint by J Turbo Engineering and Technology LLC, Jacob Thomas, filed. (Attachments: # 1 Exhibit 015, # 2 Exhibit 018)(Vethan, Charles) (Entered: 05/02/2023) |
| 05/03/2023 | Ï 14 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 8/25/2023 at 09:30 AM in Courtroom 3A Houston before Judge Keith P Ellison. (Signed by Judge Keith P Ellison) Parties notified.(RebeccaBecknal, 4) (Entered: 05/03/2023) |
| 05/04/2023 | Ï 15 | Summons Issued as to All Defendants. Issued summons delivered to plaintiff by NEF, filed. (Attachments: # 1 summons, # 2 summons)(RebeccaBecknal, 4) (Entered: 05/04/2023) |
| 06/21/2023 | Ï 16 | STIPULATION by J Turbo Engineering and Technology LLC, filed.(Vethan, Charles) (Entered: 06/21/2023) |
| 07/28/2023 | Ï 17 | MOTION to Dismiss *Counts 4 Through 9 of Plaintiffs' Original Complaint* by Joule Processing LLC, Plug Power Inc., filed. Motion Docket Date 8/18/2023. (Attachments: # 1 Proposed Order)(Katz, Marc) (Entered: 07/28/2023) |
| 07/28/2023 | Ï 18 | Unopposed MOTION for Extension of Time To Answer Plaintiffs' Original Complaint Not Subject To Defendants' Motion to Dismiss by Joule Processing LLC, Plug Power Inc., filed. Motion Docket Date 8/18/2023. (Attachments: # 1 Proposed Order)(Katz, Marc) (Entered: 07/28/2023) |
| 07/28/2023 | Ï 19 | |

| | | |
|---|---|---|
| | | CORPORATE DISCLOSURE STATEMENT by Joule Processing LLC, Plug Power Inc., filed.(Katz, Marc) (Entered: 07/28/2023) |
| 07/28/2023 | Ï 20 | ORDER granting 18 Motion for Extension of Time;.(Signed by Judge Keith P Ellison) Parties notified.(arrivera, 4) (Entered: 07/28/2023) |
| 08/15/2023 | Ï 21 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by J Turbo Engineering and Technology LLC, Jacob Thomas, filed.(Vethan, Charles) (Entered: 08/15/2023) |
| 08/15/2023 | Ï 22 | Proposed Docket Control Order by J Turbo Engineering and Technology LLC, Jacob Thomas, filed.(Vethan, Charles) (Entered: 08/15/2023) |
| 08/18/2023 | Ï 23 | RESPONSE to 17 MOTION to Dismiss *Counts 4 Through 9 of Plaintiffs' Original Complaint* filed by J Turbo Engineering and Technology LLC, Jacob Thomas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Vethan, Charles) (Entered: 08/18/2023) |
| 08/22/2023 | Ï 24 | SCHEDULING ORDER. Joinder of Parties due by 11/22/2023. Pltf Expert Witness List due by 8/9/2024. Deft Expert Witness List due by 10/11/2024. Discovery due by 11/18/2024. Dispositive and Non–Dispositive Motion Filing due by 1/17/2025. Joint Pretrial Order due by 3/10/2025. Jury Trial set for 3/17/2025 at 09:00 AM before Judge Keith P Ellison(Signed by Judge Keith P Ellison). Parties notified. (MaraGonzales, 2) (Entered: 08/22/2023) |
| 08/23/2023 | Ï | initial conference is terminated. (arrivera, 4) (Entered: 08/23/2023) |
| 08/25/2023 | Ï 25 | REPLY in Support of 17 MOTION to Dismiss *Counts 4 Through 9 of Plaintiffs' Original Complaint*, filed by Joule Processing LLC, Plug Power Inc.. (Katz, Marc) (Entered: 08/25/2023) |
| 10/23/2023 | Ï 26 | MOTION for Preliminary Injunction by Jacob Thomas, filed. Motion Docket Date 11/13/2023. (Vethan, Charles) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 27 | PROPOSED ORDER *on Plaintiff's Verified* re: 26 MOTION for Preliminary Injunction, filed.(Vethan, Charles) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 28 | DECLARATION re: 26 MOTION for Preliminary Injunction, filed.(Vethan, Charles) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 29 | Signed Acknowledgement of Gina Hong by Jacob Thomas, filed.(Vethan, Charles) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 30 | Other EXHIBITS re: 26 MOTION for Preliminary Injunction by Jacob Thomas, filed. (Attachments: # 1 Exhibit Joules Website from 2020, # 2 Exhibit Joule and JTurbos NDA, # 3 Exhibit Original Exclusivity Agreement, # 4 Exhibit Plug and JTurbos NDA, # 5 Exhibit Amended Exclusivity Agreement, # 6 Exhibit NDA with third party, # 7 Exhibit NDA with third party, # 8 Exhibit NDA with third party, # 9 Exhibit NDA with third party, # 10 Exhibit NDA with third party, # 11 Exhibit NDA with third party, # 12 Exhibit NDA with third party, # 13 Exhibit Joules Website Article regarding Plug acquiring Joule)(Vethan, Charles) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 31 | Other EXHIBITS re: 26 MOTION for Preliminary Injunction by Jacob Thomas, filed. (Attachments: # 1 Exhibit Plugs first post on LinkedIn, # 2 Exhibit Consulting Agreement, # 3 Exhibit Plugs second post on LinkedIn, # 4 Exhibit Sept 27, 2023 Webinar post, # 5 Exhibit Website regarding Flanders Awards, # 6 Exhibit House Bill 2847, # 7 Exhibit House Bill 4885, # 8 Exhibit Article on US National Clean Hydrogen Strategy Roadmap, # 9 Exhibit Screenshots of the Sept 27 Webinar)(Vethan, Charles) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 32 | SEALED EXHIBITS re: 26 MOTION for Preliminary Injunction by Jacob Thomas, filed. (Attachments: # 1 Exhibit Redacted Process Simulation UNDER SEAL, # 2 Exhibit Sept. 29, 2021 Email RE Design Fee Agreement UNDER SEAL, # 3 Exhibit Chart comparison at different inputs – UNDER SEAL, # 4 Exhibit Email with Jacob Leachemn to validate – UNDER SEAL, # 5 Exhibit |

| | | |
|---|---|---|
| | | Feb 8, 2022 email regarding Simulations UNDER SEAL) (Vethan, Charles) (Entered: 10/23/2023) |
| 10/24/2023 | 33 | NOTICE of Setting as to 26 MOTION for Preliminary Injunction. Parties notified. Status Conference set for 10/27/2023 at 02:30 PM in by telephone before Judge Keith P Ellison, filed. (ArturoRivera, 4) (Entered: 10/24/2023) |
| 10/27/2023 | | Minute Entry for proceedings held before Judge Keith P Ellison. STATUS CONFERENCE held on 10/27/2023. The Court will defer judgment on Plaintiffs Motion for Preliminary Injunction pending briefing. Appearances: Joseph Lanza, Gina Hong, Marc Katz, Mallory Biblo (Court Reporter: G. Dye) (Law clerk: EE), filed.(ArturoRivera, 4) (Entered: 10/30/2023) |
| 10/31/2023 | 34 | STIPULATION re: To Stay Briefing on Plaintiff's Verified Applicaiton for Temporary Restraining Order, Preliminary Injunction and Permanent Injunctive Relief by Joule Processing LLC, Plug Power Inc., filed. (Attachments: # 1 Proposed Order)(Katz, Marc) (Entered: 10/31/2023) |
| 11/01/2023 | 35 | ORDER granting 34 Stipulation, (Signed by Judge Keith P Ellison) Parties notified.(ArturoRivera, 4) (Entered: 11/01/2023) |
| 11/17/2023 | 36 | AMENDED APPLICATION against All Defendants filed by Jacob Thomas, J Turbo Engineering and Technology LLC. Related document: 1 Complaint filed by Jacob Thomas, J Turbo Engineering and Technology LLC. (Attachments: # 1 Proposed Order Proposed Order Granting Plaintiff's Amended Application, # 2 Unredacted attachment Declaration of Jacob Thomas, # 3 Unredacted attachment Certificate of Acknowledgement – Gina Hong)(Vethan, Charles) (Entered: 11/17/2023) |
| 11/17/2023 | 37 | Supplemental EXHIBITS re: 36 Amended Complaint/Counterclaim/Crossclaim etc., by J Turbo Engineering and Technology LLC, Jacob Thomas, filed. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 7, # 7 Exhibit Exhibit 8, # 8 Exhibit Exhibit 9, # 9 Exhibit Exhibit 10)(Vethan, Charles) (Entered: 11/17/2023) |
| 11/17/2023 | 38 | Supplemental EXHIBITS re: 36 Amended Complaint/Counterclaim/Crossclaim etc., by J Turbo Engineering and Technology LLC, Jacob Thomas, filed. (Attachments: # 1 Exhibit Exhibit 11, # 2 Exhibit Exhibit 12, # 3 Exhibit Exhibit 13, # 4 Exhibit Exhibit 14, # 5 Exhibit Exhibit 15, # 6 Exhibit Exhibit 16, # 7 Exhibit Exhibit 17, # 8 Exhibit Exhibit 19, # 9 Exhibit Exhibit 20)(Vethan, Charles) (Entered: 11/17/2023) |
| 11/17/2023 | 39 | Supplemental EXHIBITS re: 36 Amended Complaint/Counterclaim/Crossclaim etc., by J Turbo Engineering and Technology LLC, Jacob Thomas, filed. (Attachments: # 1 Exhibit Exhibit 22, # 2 Exhibit Exhibit 23, # 3 Exhibit Exhibit 24, # 4 Exhibit Exhibit 25, # 5 Exhibit Exhibit 26, # 6 Exhibit Exhibit 27, # 7 Exhibit Exhibit 28, # 8 Exhibit Exhibit 29)(Vethan, Charles) (Entered: 11/17/2023) |
| 11/20/2023 | 40 | Supplemental SEALED EXHIBITS re: 36 Amended Complaint/Counterclaim/Crossclaim etc., by J Turbo Engineering and Technology LLC, Jacob Thomas, filed. (Attachments: # 1 Exhibit Exhibit 6, # 2 Exhibit Exhibit 18) (Vethan, Charles) (Entered: 11/20/2023) |
| 11/20/2023 | 41 | Supplemental EXHIBITS re: 36 Amended Complaint/Counterclaim/Crossclaim etc., by J Turbo Engineering and Technology LLC, Jacob Thomas, filed. (Attachments: # 1 Exhibit Exhibit 21)(Vethan, Charles) (Entered: 11/20/2023) |
| 11/21/2023 | 42 | STIPULATION re: Joint Stipulation to Respond/Reply to Amended Application for Injunctive Relief by Joule Processing LLC, Plug Power Inc., filed. (Attachments: # 1 Proposed Order)(Katz, Marc) (Entered: 11/21/2023) |
| 11/22/2023 | 43 | ORDER STAYING CASE granting 42 Stipulation (Signed by Judge Keith P Ellison) Parties notified.(ArturoRivera, 4) (Entered: 11/22/2023) |
| 11/27/2023 | 44 | |

| | | |
|---|---|---|
| | | Protective Order by J Turbo Engineering and Technology LLC, Jacob Thomas, filed.(Vethan, Charles) (Entered: 11/27/2023) |
| 12/05/2023 | Ï 45 | MEMORANDUM AND ORDER granting in part 17 MOTION to Dismiss. Counts 4, 6, 7, 8 are dismissed with prejudice. Count 5 is severed and transferred that claim to USDC ND/ NY– Albany Division. (Signed by Judge Keith P Ellison) Parties notified.(GabrielleLyons, 4) (Entered: 12/05/2023) |
| 12/05/2023 | Ï | Interdistrict transfer to USDC ND/NY– Albany. Count 5– Breach of contract of the Consulting Agreement is transferred electronically, filed. (GabrielleLyons, 4) (Entered: 12/05/2023) |